UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
    -v-                                                :           19-CR-131 (PAE)
:
LORENZO RANDALL, :           <u>SCHEDULING ORDER</u>
JUSTIN RIVERA, :
DWAYNE ANTHONY CONLEY, :
CARL ANDREWS, and, :
GERALDINE FAUSTIN :
:
                           Defendants. :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       The next hearing in this case, scheduled for **November 19, 2019** at **10:00 a.m.** will be held in **Courtroom 110** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

       SO ORDERED.

Dated: November 13, 2019
       New York, New York

                                                                        *Paul A. Engelmayer*
                                                                      Paul A. Engelmayer
                                                                       United States District Judge