# THE LAW OFFICE OF CARLOS M. SANTIAGO

11 Broadway, Suite 615, New York, NY 10004.     P: 212-256-8460 / F: 212-256-8461



December 18, 2019

<u>VIA ECF & EMAIL</u>
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                          Re:    *U.S. v Brian Smith*
                                    19 CR. 131 (PAE)

Dear Judge Engelmayer:

      I represent the defendant, Brian Smith, in the above-referenced matter. Currently, Mr. Smith's sentencing is scheduled for January 9, 2020. The purpose of this letter is to respectfully request a six-week adjournment of Mr. Smith's sentencing. Probation is currently scheduled to distribute the first draft of the pre-sentence report on December 28, 2019. Pursuant to your Honor's individual rules of practice, counsel's sentencing submission is due on December 26, 2019, two days before the disclosure of the pre-sentence report. This is Mr. Smith's first request for an adjournment. The Government consents to this request. Accordingly, it is respectfully requested that the defendant's sentencing be adjourned to the week of February 24, 2020, or a date that is convenient to the Court. Counsel has spoken with the Government and both parties are available the week of February 24, 2020 and the week of March 2, 2020.

      Your Honor's consideration of this request is greatly appreciated.

                                                          Respectfully submitted,

                                                          /s/

                                                          Carlos M. Santiago, Jr.

cc:      All counsel via ECF

                          Defendant's unopposed request to adjourn
                          sentencing is granted. Sentencing is adjourned until
                          March 5, 2020 at 3:30 p.m.  SO ORDERED.

                          _____
                          PAUL A. ENGELMAYER     12/23/19
                          United States District Judge