UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                  :      19-CR-131 (PAE)
                                                                        :
LORENZO RANDALL,                                                        :        REVISED
JUSTIN RIVERA,                                                          :   SCHEDULING ORDER
DWAYNE ANTHONY CONLEY,                                                  :
CARL ANDREWS, and,                                                      :
GERALDINE FAUSTIN,                                                      :
                                                                        :
                  Defendants.                          :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

     Due to a scheduling conflict, IT IS HEREBY ORDERED that the time for the conference in this matter, scheduled for **January 29, 2020**, is changed from 10:00 a.m. to **10:30 a.m.** in **Courtroom 506** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

     SO ORDERED.

Dated: January 28, 2020
       New York, New York

                                             PAUL A. ENGELMAYER
                                             United States District Judge