

**Greenwood Law Group, PLLC**

Emma M. Greenwood, ESQ

February 21, 2020

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *U.S. v. Randall,* et al., 1:19-cr-00131-PAE
      **Status Letter of the Coordinating Discovery Attorney (CDA) and
      Request to be Excused from February 25, 2020 Status Conference**

Dear Judge Engelmayer:

Per my appointment as Coordinating Discovery Attorney (CDA) on this matter, and in advance of the status conference scheduled February 25, 2020 I respectfully provide the Court with this status letter and a request to be excused from attending the status conference.

Since the last status report submitted to the Court on January 24, 2020, my office has not received any additional global discovery. Since my appointment on March 19, 2019, my office has received nineteen (19) global discovery productions plus a number of replacement productions that included re-Bates stamped files.

I am unaware of any outstanding global discovery issues. As such, I respectfully request that the Court excuse my attendance for the February 25, 2020 conference. I have reached out to defense counsel and to the Government regarding this request, none of whom has expressed an objection. My staff and I remain available to assist the parties as global discovery issues arise.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 305.

SO ORDERED.

2/24/2020

_____
PAUL A. ENGELMAYER
United States District Judge

Respectfully Yours,

Emma M. Greenwood
Coordinating Discovery Attorney

Cc: All Defense Counsel (via email)

299 Broadway, Suite 802, New York, NY 10007 • t: 212·227·5906 • f: 212·227·5907