# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

May 7, 2020

BY ECF AND EMAIL
Hon. Paul Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v Randall*, 19 Cr. 131 (PAE)

Your Honor:

I represent Lorenzo Randall in the referenced case and am submitting this letter to request that his sentencing, currently scheduled for May 15, 2020, be postponed approximately three months. The government consents to this application.

Respectfully submitted,

/s/
James E. Neuman

**GRANTED.** Sentencing is adjourned to August 12, 2020 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 385.

5/7/2020

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge