

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Street
New York, New York 10007

    Re:    *United States v. Lorenzo Randall*, 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter to request that sentencing for defendant Lorenzo Randall, which is currently scheduled for July 9, 2024, be adjourned until August 1, 2024. Counsel to Mr. Randall, James Neuman, consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for
    the Southern District of New York

By:  /s
    Daniel H. Wolf
    Assistant United States Attorney
    (212) 637-2337

cc:  Counsel of Record (via ECF)

**GRANTED.** Sentencing is adjourned to August 1, 2024 at 10:30 a.m. The Government shall serve their sentencing submission no later than July 10, 2024. The Clerk of Court is requested to terminate the motion at Dkt. No. 1022.

7/3/2024

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge